**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                : Chapter 13
    Long, Beatrice L.
        Debtor                                            : 17-18689

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:
Keystone Hospice
8765 Stenton Ave
Wyndmoor, PA 19038**

Re:    **Long, Beatrice L.** SSN:    xxx-xx-5680

    The future earnings of the above named debtor Long, Beatrice L., being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of:  **$300.00 for 10 months (Started on January 1, 2018), then as of November 1, 2018 the payment shall increase to $320 per month for a period of 50 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$300.00 for 10 months (Started on January 1, 2018), then as of November 1, 2018 the payment shall increase to $320 per month for a period of 50 months to:**  William C. Miller, Trustee, P.O. Box 1799, Memphis, TN  38101-1799.

BY THE COURT:____*Magdeline D. Coleman*_____
                        JUDGE

October 11, 2018

Keystone Hospice
8765 Stenton Ave
Wyndmoor, PA 19038

Long, Beatrice L.
2212 W. Cheltenham Ave
Philadelphia, PA 19138

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123