# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-18689-MDC

BEATRICE L LONG

2212 W. CHELTENHAM AVE

PHILADELPHIA, PA 19138-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    BEATRICE L LONG

    2212 W. CHELTENHAM AVE

    PHILADELPHIA, PA 19138-

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

Date: 9/30/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee