United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 17-18689-mdc
Beatrice L. Long | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jun 22, 2022      Form ID: 167      Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Beatrice L. Long, 2212 W. Cheltenham Ave, Philadelphia, PA 19138-1422 |
| 14034868 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14034873 | + | Phelan, Hallinan & Schmieg, LLP, 1617 JFK Boulevard, Ste 1400, Philadelphia, PA 19103-1814 |
| 14072555 | + | U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 23 2022 00:07:11 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2022 00:07:06 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14034862 | + | Email/Text: bkrpt@retrievalmasters.com | Jun 23 2022 00:04:00 | AMCA/American Medical Collection Agency, Attention: Bankruptcy, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 14070469 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2022 00:07:06 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14112548 | | Email/Text: megan.harper@phila.gov | Jun 23 2022 00:04:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14034876 | | Email/Text: megan.harper@phila.gov | Jun 23 2022 00:04:00 | WATER REVENUE BUREAU, City of Philadelphia Law Dept, 1515 Arch Street, 15th flr, Philadelphia, PA 19102 |
| 14034864 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 23 2022 00:07:05 | Capital One Auto Finance, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14036425 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 23 2022 00:07:15 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14068199 | + | Email/Text: bankruptcy@cavps.com | Jun 23 2022 00:04:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14034865 | + | Email/Text: csd1clientservices@cboflanc.com | Jun 23 2022 00:04:00 | Credit Bureau of Lancaster County, Inc, PO Box 1271, Lancaster, PA 17608-1271 |
| 14034866 | + | Email/Text: mrdiscen@discover.com | Jun 23 2022 00:04:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 14034867 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 23 2022 00:07:15 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14070739 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 17-18689-mdc    Doc 61    Filed 06/24/22    Entered 06/25/22 00:34:52    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 22, 2022 | Form ID: 167 | Total Noticed: 28 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 23 2022 00:07:06 | LVNV Funding, LLC its successors and assigns as, assignee of Bluestem Brands, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14034869 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2022 00:07:06 | LVNV Funding/Resurgent Capital, PO Box 10497, Greenville, SC 29603-0497 |
| 14070411 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 23 2022 00:07:11 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14041014 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2022 00:04:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14034870 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 23 2022 00:07:05 | Merrick Bank, PO Box 23356, Pittsburg, PA 15222-6356 |
| 14034871 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2022 00:04:00 | Midland Funding, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14045594 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2022 00:07:11 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14034897 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 23 2022 00:07:15 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14034872 | + | Email/Text: blegal@phfa.org | Jun 23 2022 00:04:00 | Pa Housing Finance Age, PO Box 8029, Harrisburg, PA 17105-8029 |
| 14034874 | + | Email/Text: bankruptcy@sw-credit.com | Jun 23 2022 00:04:00 | Southwest Credit Systems PECO, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14038799 | | Email/PDF: ebn_ais@aisinfo.com | Jun 23 2022 00:07:06 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 14034875 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 23 2022 00:04:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14034863 | *+ | Beatrice L. Long, 2212 W. Cheltenham Ave, Philadelphia, PA 19138-1422 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 24, 2022          Signature:      /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 22, 2022 | Form ID: 167 | Total Noticed: 28

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOHN L. MCCLAIN | on behalf of Debtor Beatrice L. Long aaamcclain@aol.com  edpabankcourt@aol.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Beatrice L. Long
    Debtor(s)

Case No: 17−18689−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Certification of Default of Terms of Stipulation Filed by REBECCA ANN SOLARZ on behalf of U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)

on: 7/26/22

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 6/22/22

Timothy B. McGrath
Clerk of Court

60 − 58
Form 167