# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-18689-MDC

BEATRICE L LONG

2212 W. CHELTENHAM AVE

PHILADELPHIA, PA 19138-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    BEATRICE L LONG

    2212 W. CHELTENHAM AVE

    PHILADELPHIA, PA 19138-

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN, ESQ.
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

Date: 8/29/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee