United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 17-18689-mdc
Beatrice L. Long  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jan 17, 2023      Form ID: 138OBJ      Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Beatrice L. Long, 2212 W. Cheltenham Ave, Philadelphia, PA 19138-1422 |
| 14034868 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14034873 | + | Phelan, Hallinan & Schmieg, LLP, 1617 JFK Boulevard, Ste 1400, Philadelphia, PA 19103-1814 |
| 14072555 | + | U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 18 2023 04:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 18 2023 04:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14034862 | + | Email/Text: bkrpt@retrievalmasters.com | Jan 18 2023 04:22:00 | AMCA/American Medical Collection Agency, Attention: Bankruptcy, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 14070469 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2023 04:28:10 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14112548 | | Email/Text: megan.harper@phila.gov | Jan 18 2023 04:22:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14034876 | | Email/Text: megan.harper@phila.gov | Jan 18 2023 04:22:00 | WATER REVENUE BUREAU, City of Philadelphia Law Dept, 1515 Arch Street, 15th flr, Philadelphia, PA 19102 |
| 14034864 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 18 2023 04:28:07 | Capital One Auto Finance, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14036425 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 18 2023 04:28:07 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14068199 | + | Email/Text: bankruptcy@cavps.com | Jan 18 2023 04:22:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14034865 | + | Email/Text: csd1clientservices@cboflanc.com | Jan 18 2023 04:22:00 | Credit Bureau of Lancaster County, Inc, PO Box 1271, Lancaster, PA 17608-1271 |
| 14034866 | + | Email/Text: mrdiscen@discover.com | Jan 18 2023 04:22:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 14034867 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 18 2023 04:28:09 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14070739 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 17-18689-mdc    Doc 80    Filed 01/19/23    Entered 01/20/23 00:40:25    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 17, 2023 | Form ID: 138OBJ | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 18 2023 04:28:07 | LVNV Funding, LLC its successors and assigns as, assignee of Bluestem Brands, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14034869 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2023 04:28:07 | LVNV Funding/Resurgent Capital, PO Box 10497, Greenville, SC 29603-0497 |
| 14070411 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 18 2023 04:28:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14041014 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 18 2023 04:22:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14034870 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 18 2023 04:28:07 | Merrick Bank, PO Box 23356, Pittsburg, PA 15222-6356 |
| 14034871 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 18 2023 04:22:00 | Midland Funding, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14045594 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 18 2023 04:28:12 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14034897 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 18 2023 04:28:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14034872 | + | Email/Text: blegal@phfa.org | Jan 18 2023 04:22:00 | Pa Housing Finance Age, PO Box 8029, Harrisburg, PA 17105-8029 |
| 14034874 | + | Email/Text: bankruptcy@sw-credit.com | Jan 18 2023 04:22:00 | Southwest Credit Systems PECO, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14038799 | | Email/PDF: ebn_ais@aisinfo.com | Jan 18 2023 04:28:12 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 14034875 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 18 2023 04:22:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14034863 | *+ | Beatrice L. Long, 2212 W. Cheltenham Ave, Philadelphia, PA 19138-1422 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2023        Signature:    /s/Gustava Winters

District/off: 0313-2　　　　　　　　　　User: admin　　　　　　　　　　Page 3 of 3
Date Rcvd: Jan 17, 2023　　　　　　　　Form ID: 138OBJ　　　　　　　　Total Noticed: 28

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| JOHN L. MCCLAIN | on behalf of Debtor Beatrice L. Long aaamcclain@aol.com edpabankcourt@aol.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Beatrice L. Long
        Debtor(s)

Case No: 17−18689−mdc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
         Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/17/23

79 − 73
Form 138OBJ